**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **EARLENE MAXWELL, next friend** | |
| **and mother of DMM, a minor** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:06CV290WA** |
| **JACKSON PUBLIC SCHOOL DISTRICT** | **DEFENDANT** |

**ORDER**

This matter came before the court on the Plaintiff's Motion to Join Defendant and for Leave to Amend Complaint, by which he seeks to add an individual employee of the school district to his lawsuit based upon violation of 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101-213.  The Defendant opposes the Motion and has enumerated several reasons why a suit against the employee cannot be maintained.  The Plaintiff has not rebutted these arguments; therefore, the court finds that the Motion should be denied.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Join Defendant and for Leave to Amend Complaint is hereby **denied**.

IT IS SO ORDERED, this the 11th day of December, 2006.

                                                                 S/Linda R. Anderson
                                                    UNITED STATES MAGISTRATE JUDGE